

# THE THIRTEENTH COURT OF APPEALS

## 13-23-00116-CR

JOZANNAH LORRAINE GONZALEZ
v.
THE STATE OF TEXAS

On Appeal from the
156th District Court of Live Oak County, Texas
Trial Court Cause No. LCR220056

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERED in accordance with its opinion.

We further order this decision certified below for observance.

August 22, 2024